IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHASITY LAREACE PLA (formerly Chasity Dodd),<br><br>      Plaintiff,<br><br>      v.<br><br>Original Lender, MORTGAGE LENDERS OF AMERICA, LLC and ZILLOW HOME LOANS, LLC; Servicer, JP MORGAN CHASE BANK, N.A., CARRINGTON MORTGAGE SERVICES, LLC; and Investor Trust GINNIE MAE, ET AL.,<br><br>      Defendants. | Case No. |

**DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S REMOVAL TO DISTRICT COURT**

Defendant Carrington Mortgage Services, LLC hereby removes this civil action from the Circuit Court of Cook County, Illinois County Department, Municipal Division to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, and states the following in support:

**I.    BACKGROUND**

1. Plaintiff Chasity Lareace Pla formerly known as Chasity Dodd filed a complaint against Carrington and others in the Circuit Court of Cook County, Illinois, Municipal Division, bearing Case No.: 20224002609 on June 2, 2022. (A copy of the Complaint is part of **Exhibit 1**.)

2. On information and belief, Ms. Pla has not served any defendants, including Carrington, with the summons or complaint.

4. In her Complaint, Ms. Pla alleges that Carrington violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq.* (**FDCPA**), Truth In Lending Act, 15 U.S.C. § 1601, *et*

127063351v1

*seq.* (**TILA**), and Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (**FCRA**) (Compl. at p. 14 (¶ 30), 20 (¶ 13).)

5. Ms. Pla also purports to claim certain rights under the Uniform Commercial Code (**UCC**). (*E.g.*, Compl. at p. 4 (¶ 2), 12 (¶ 18).)

## II. FEDERAL QUESTION JURISDICTION

6. Under 28 U.S.C. § 1331, this Court has original federal question jurisdiction over this action because any FDCPA, TILA, and FCRA claims arises under the laws of the United States. Therefore, this case is properly removable to this Court under 28 U.S.C. §§ 1441 and 1446.

7. This Court also has supplemental jurisdiction over Plaintiff's state law claims, if any, as they "form part of the same case or controversy." 28 U.S.C. § 1367(a).

## III. COMPLIANCE WITH STATUTORY REQUIREMENTS

8. Venue is proper in this Court because this district and division encompass the Circuit Court of Cook County, Illinois County Department, Municipal Division, the forum from which the state court action has been removed. *See* 28 U.S.C. § 1441(a).

9. In accordance with 28 U.S.C. § 1446(b)(1), this removal is timely filed because Carrington has not been served with a copy of the summons or complaint.

10. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders available to Carrington from the state court action are attached hereto as **Exhibit 1**. On information and belief, no other related process, pleadings, or orders, have been served on defendants.

11. Carrington contemporaneously files a notice of filing this removal with the Clerk of the Circuit Court of Cook County, Municipal Division.

12. Removal is proper pursuant to 28 U.S.C. § 1446(b)(2) because no other defendant has been served with the complaint.

13. Carrington provides written notice to Ms. Pla by contemporaneously serving her with this notice of removal.

## IV. RESERVATION OF RIGHTS

14. Carrington denies the allegations contained in the complaint and files this notice of removal without waiving any defenses, objections, exceptions, or obligations that may exist in its favor in either state or federal court.

15. In making the allegations in this notice of removal, Carrington does not concede in any way that the allegations in the complaint are accurate, Ms. Pla asserted claims upon which relief can be granted, or Ms. Pla can recover any of the amounts sought.

16. Carrington also reserves the right to amend or supplement this notice of removal. If any questions arise as to the propriety of the removal of the state court action, Carrington expressly requests the opportunity to present a brief, oral argument, and any further evidence necessary in support of its position that this action is removable.

WHEREFORE, for the reasons stated above, this action is removable to this Court pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 under this Court's federal question jurisdiction and supplemental jurisdiction.

Dated: June 27, 2022

Respectfully submitted,

By: _/s/ Erin E. Edwards_
Attorneys for Defendant
CARRINGTON MORTGAGE SERVICES, LLC

Erin E. Edwards
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
312.759.5949

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on 27th day of June, 2022, service of a true and complete copy of the foregoing **DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S REMOVAL TO DISTRICT COURT** was made upon all persons identified below via CM/ECF and mail and by depositing the same in the U.S. Mail, postage prepaid.

Chasity Lareace Pla
1816 Sunnyside Avenue
Westchester, Illinois 60154
Email: chasity621@yahoo.com

*Plaintiff pro se*

                                             */s/ Shelia Turnbow-Williams*
                                             Shelia Turnbow-Williams